**660**

Reginald L. McADAMS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51574.

Missouri Court of Appeals,
Western District.

March 19, 1996.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General Jill C. LaHue, Asst. Attorney General, Jefferson City, for Respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM.

This appeal arises from the denial of appellant's Rule 24.035 motion. Appellant sought to vacate two convictions of attempting to commit the offense of tampering in the first degree, for which he received a sentence of 4 years imprisonment.

Judgment affirmed. Rule 84.16(b).

FENNER, CJ., PJ., LOWENSTEIN and HANNA, JJ., concur.

All concur.

STATE of Missouri, Respondent,

v.

Thomas GILLESPIE, Appellant.

No. WD 51217.

Missouri Court of Appeals,
Western District.

March 19, 1996.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

*ORDER*

PER CURIAM:

Appeal from conviction of robbery in the first degree, § 569.020 RSMo (Supp.1993) and armed criminal action, § 571.015 RSMo (Supp.1993).

Affirmed. Rule 30.25(b).